THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN D. BATCHELOR, Appellant.—Judgment unanimously reversed on the law, motions to suppress granted and indictment dismissed. Same opinion by DENMAN, P. J., as in People v Fonville (247 AD2d 115 [decided herewith]). Present—DENMAN, P. J., PINE, WISNER, BALIO and FALLON, JJ.